UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HELEN ROSE,

    Plaintiff,

v.      Case No. 3:13-cv-1050-J-32MCR

TARGET CORPORATION,

    Defendant.

## ORDER

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 18), filed on December 18, 2014, this case is dismissed with prejudice. Unless the parties have agreed otherwise, each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of December, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Counsel of record